IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
July 6, 2006

CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ADALBERTO CONTRERAS OROZCO, § | |
| § | |
| Petitioner, § | |
| § | |
| vs. § | Civil Action No. 3:06-CV-043-R |
| § | |
| WARDEN FCI SEAGOVILLE, § | |
| § | |
| Respondent. § | |

## ORDER

United States Magistrate Judge William F. Sanderson filed Findings, Conclusions and a Recommendation in this case on February 28, 2006. No objections were filed. The Court has reviewed the Magistrate Judge's Findings, Conclusions, and Recommendation pursuant to 28 U.S.C. §636(b) for plain error. Finding none, the Court **ACCEPTS** those findings as the findings of this Court.

**IT IS SO ORDERED.**

**SIGNED: July 6, 2006.**

_____
**JUDGE JERRY BUCHMEYER**
**SENIOR U.S. DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**