IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ADALBERTO CONTRERAS OROZCO, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:06-CV-043-O |
| ) | |
| WARDEN, FCI SEAGOVILLE, ) | |
| Respondent. ) | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Findings, Conclusions and Recommendation of the United States Magistrate Judge and the petitioner's objections thereto, I am of the opinion that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, this case is hereby DISMISSED for want of jurisdiction

SO ORDERED this 26th day of November, 2008.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**